PS 42
(Rev. 3/14)

# United States District Court
## DISTRICT OF MARYLAND

| | |
|---|---|
| United States of America )<br>)<br>vs. )<br>)<br>Darryl Varnum ) | Case No. RDB-19-0337 |

### ORDER MODIFY CONDITIONS OF RELEASE

Per my telephone conversation with Your Honor on August 7, 2019 this Order is to clarify the following:

The defendant's curfew is to be monitored by the location monitoring program. All other release conditions remain in full force and effect.

_Kenneth Langston_                                                                                                 August 9, 2019
Signature of U.S. Pretrial Services Officer                                                            Date


_Stacy R. Kirkey_                                                                                                    August 9, 2019
Signature of Supervisory U.S. Pretrial Services Officer                                     Date


☑ The above modification of conditions of release is ordered, to be effective on ___8-9-19___.

☐ The above modification of conditions of release is *not* ordered.

_____                                                                                         8-13-19
Signature of Judicial Officer                                                                                     Date